**ORDERED.**

**Dated: May 06, 2026**

Grace E. Robson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| Evelyn Guimaraes Santos, | ) | Case No. 6:25-bk-06666-GER |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |

**ORDER (1) GRANTING IN PART MOTION
FOR SANCTIONS AND (2) SETTING DEADLINES**

THIS CASE came before the Court on May 6, 2026 at 10:15 a.m. (the "Hearing") upon the

*Verified Motion for Sanctions for Hyundai Motor Finance's Violation of the Automatic Stay and*

*Request for Attorney Fees* (the "Motion") (Doc. No. 12) filed by Debtor Evelyn Guimaraes Santos

("Debtor"). The Court, having considered the Motion and the positions of interested parties present

at the Hearing, and for the reasons stated in open court, finds that Creditor Hyundai Motor Finance

("Creditor") willfully violated the automatic stay and will impose sanctions for actual damages

against Creditor under 11 U.S.C. § 362(k). Accordingly, it is

**ORDERED**:

1.      The Motion (Doc. No. 12) is **GRANTED IN PART** as set forth herein.

2.      Debtor shall recover actual damages against Creditor.

3. On or before **May 20, 2026**, Debtor shall file an affidavit in support of actual damages that Debtor sustained as a result of the willful violation of the automatic stay.

4. Creditor shall have until **June 3, 2026** to file a response to the affidavit.

5. Following the submissions of the affidavit and Creditor's response, the Court will either issue a separate order liquidating damages to be awarded to Debtor, or set a further hearing.

# # #

Attorney Stephen R. Caplan is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this Order.